IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01497-WYD-MJW**

RODRIGO JIMINEZ ARTEAGA,

Plaintiff(s),

v.

BOB KURTZ, Warden, et al.,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant Dr. Gilbert's Motion to Stay Discovery (docket no. 62) and Defendant Robert Kurtz's Joinder in Defendant Dr. Gilbert's Motion to Stay Discovery (docket no. 64) are both **GRANTED** finding good cause shown. The case is **STAYED** until further Order of Court.

It is FURTHER **ORDERED** that the Clerk of the Court shall manually mail a copy of this minute order to the plaintiff at the following addresses:

Rodrigo Jimenez Arteaga
Bureau of Immigration and Customs Enforcement
4730 Paris Street
Denver CO 80239

Rodrigo Jimenez Arteaga
4130 Louisiana Street
San Diego CA 92104

Date: August 29, 2005