IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01497-WYD-MJW**

RODRIGO JIMINEZ ARTEAGA,

Plaintiff(s),

v.

BOB KURTZ, Warden, et al.,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that Defendant Dr. Gilbert's Motion to Vacate Status Conference (Docket No. 71) is **GRANTED** finding good cause shown. The Status Conference before Magistrate Judge Watanabe on October 4, 2005, at 8:30 a.m. is **VACATED.** It appears that the Plaintiff has now been deported from the United States to Mexico as of August 23, 2005. See Warrant of Removal/Deportation attached as exhibit A to the subject motion.

    It is FURTHER **ORDERED** that given the plaintiff's deportation, the Clerk of the Court shall change the plaintiff's address of record on CM to the following:

Rodrigo Jimenez Arteaga
4130 Louisiana Street
San Diego CA 92104

Date: September 21, 2005