IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01497-WYD-MJW

RODRIGO JIMINEZ ARTEAGA,

    Plaintiff,

v.

BOB KURTZ, Warden, et al.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge filed on December 28, 2005.  The Magistrate Judge recommends that the Complaint and the action be dismissed because Plaintiff failed to comply with the Magistrate Judge's September 28, 2005 Order either to make the required monthly payment from June 2005 to the present or to show cause why he cannot make the required monthly payment from June 2005 to the present.  Plaintiff has not filed any specific written objections to the Magistrate Judge's Recommendation.  The Court finds that the Magistrate Judge's recommendation is correct and should be accepted.  Accordingly, it is

    ORDERED that the Recommendation of United States Magistrate Judge is **AFFIRMED AND ADOPTED**.  It is

-2-

FURTHER ORDERED that the Complaint and the action are **DISMISSED WITH PREJUDICE**.

Dated:  January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge